UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| BENJAMIN EHRLICH on behalf of himself and all other similarly situated consumers | **Index# 1:13-cv-04891-JG-RLM** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| -against- | |
| PENTAGROUP FINANCIAL, LLC | |
| Defendant. | |

_____

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  Brooklyn, New York
November 27, 2013

                                              /s/ Maxim Maximov
                                              Maxim Maximov, Esq.
                                              Maxim Maximov, LLP
                                              Attorney for the Plaintiff
                                              1701 Avenue P
                                              Brooklyn, New York 11229
                                              Office: (718) 395-3459
                                              Facsimile: (718) 408-9570
                                              E-mail: m@maximovlaw.com